Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

Case: 1:24–cv–01518
Assigned To : Unassigned
Assign. Date : 4/29/2024
Description: Pro Se Gen. Civ. (F–DECK)

_Emmanuel Adeyinka_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

_Perfect Privacy_

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Emmanuel Adeyinka |
| Street Address | P.O. Box 8131 |
| City and County | portland OA 97207 |
| State and Zip Code | |
| Telephone Number | 503 - 515 - 9108 |
| E-mail Address | daysnews 54 @ gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name                  Christopher Fagbolu

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _Emmanuel Adeyinka_ , is a citizen of the State of *(name)* _Houston Texas_ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _Christopher Fagbola_ , is a citizen of the State of *(name)* _California_ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.     If the defendant is a corporation

The defendant, *(name)* _Perfect Privacy_ , is incorporated under
the laws of the State of *(name)* _Jacksonville, florida_ , and has its
principal place of business in the State of *(name)* _florida_ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _online_ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?     _online    website_

B.     What date and approximate time did the events giving rise to your claim(s) occur?

_2/2003_

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I Have Attach a document

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

There are retated Cases Also The Company is still Allow Christopher fagbola to rent or Boy my last name Domain.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

grantly of the Injunction throughtout The number of years stocking and. extortdoor and the economical abuse throughtout the years and Identity theft and organized crime. and Case redated In Columbia District Cases # 23-3439 They wasn't Just organized. After the filing I ask the Court to file a motion to Leave to explain the Amount damages and punitive money damages.

Page 5 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/26/24

Signature of Plaintiff

Printed Name of Plaintiff    Emmanuel Adey Inbla

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**Emmanuel Adeyinka**

P.o. Box 8131

Portland OR 97207

## Complaint

Perfect privacy , LLC been trading and selling My last name domain adeyinka.com since 2003 , since then they have used it coercively for identity theft organized crime financial abuse and economical abuse and, it is the cause of homelessness , I've been arrested for crimes I didn't do , these are experiences I myself have experience,and other family members that Carrie my last name Adeyinka ,experience hardship homelessness and family crisis , identity theft and been victim other illegal and unlawful computer crimes and economical abuse, mocking voices ,for example of **"depravel of my rights" and with** Perfect privacy , LLC and Christopher Fagbolu **operating in acts of unlawful acts of cyber crime or name** , and what it causes 2003 my mother was homelessness having to sleep in a shelter with my sister in houston texas and seeing me myself homeless as well , ("Them" Perfect privacy , LLC and Christopher Fagbolu ( just " parking a domain") but me i'm lay out on the street of downtown houston leaving my mother a witness , parking a domain terminology in technology website terms, (is slaving a domain )why cyber of a name is illegal , economical abuse, forced to relocated search for a new erro of job industry in 2008 in Philadelphia PA my dad experiencing homelessness , (the EC2 or domain data seems to remedy around these thoughts and remember) , 21 years ago they seems to be outsider not of my characteristic or gen now betrayed to be friends and peers. the hard reality a criminal knows the time to burglarize your house. What are they benefiting from buying or renting the ec2 or domain , why won't they just buy their owner domain and use , even to sell it to me would be bribery or with my permission it be an unethical human experimentation ,

What are the domains of the brain?

The one used by the American Psychiatric Association identifies the following six cognitive domains: 1) memory and learning, 2)



language, 3) executive functions, 4) complex attention, 5) social cognition, and 6) perceptual and motor functions ;

Why is Perfect privacy , LLC and Christopher Fagbolu renewed year after year, {for example of the mental distraction} I played basketball in 2003, when I was a 23-year-old looking for a scholarship to play basketball. Under the impression that something's up with my jersey, or the way the referee calls the game , case related AF-0348a ; AF-348b The estate of tupac shakur v. R. J. Barranco of Dallas Texas District Court , also case related 1:22-cv-23753 United States district court southern district of florida miami division (why even show your awareness or concern cases related 3:22-cv-0905 U.s. District Oregon ) in 2004 I submitted to mental heath care in philadelphia PA , undertake treatment for the voices , at JFK building in philadehpia PA, and in house treatment at project home, they prescribed medication like seroquel ,risperdal , and abilify, {in wish I didn't need these treatment} also in 2003 at harris County jail they prescribed risperdal Christopher Fagbolu and Perfect privacy , LLC , have listed and **unlawful acts in cyber crime or name** Christopher Fagbolu as the owner since 2003, since then has participated in modern day monitoring , (you find Christopher Fagbolu and Perfect privacy , LLC in belief of practice a form of modern day monitoring of human trafficking ) for example of the economical abuse, during the evening time or at night Christopher Fagbolu or Perfect privacy , LLC looks and search the domain or ec2 in atempts to opt things in his favor, like this case Christopher Fagbolu practices law in new mexico , Albuquerque and he and other co partner I have evidence they have abuse the legal process, in conspiracy against my rights more example of economical abuse,and financial abuse (hard to find a good lawyer) throughout the criminal case in Harris County of Houston Texas, you find abuse and wrongful use of interrogation system and many depravel of rights of violation of the eighth amendment for example in 2003 I was

arrested for  trespassing, because I was homeless the arresting officer, at the time was  working for Christopher Fagbolu firm, ( "business term" a  "source " ) for Christopher Fagbolu firm,  and for another example of their  abuse and wrongful use of interrogation system by operating  with the ec2 or domain and the fraud cases in Oregon and Philadelphia PA , for example , what is  jurisdictions, at state level ,if Federal jurisdiction doesn't have jurisdiction then it stay in that state jurisdiction and that state , how ever how  is  it that Houston and Oregon jurisdiction data  is mix up with Philadelphia, PA  state jurisdiction , **(other example of depravel of my  rights with them operating unlawful  acts of cyber of crime or name)** , case# related Adeyinka vs Sherman County and report of  U.S. Civil Right Department **record number 291345-MWQ**  I argue that Sherman County  didn't have proper cause on a DUII state charge Sherman County holding a state conviction that upon agreed  of the state and  the court will suspended my driving privileges in Oregon but would only be in Oregon,  4/26/2023 Texas department of public safety send me a letter to me , ask me to request a hear, or they would make a decision upon oregon state jurisdiction decision  ,Texas is asking about that data right now that is a violate of my 14th amendment and conspiracy against my rights , The Department of Public Safety State by State  don't share data because of separation of powers of the united state constitutional laws. Just an example of the economical abuse In hope to scare him off Jun ,15 2018 I file a lawsuit and in United States district Court of Houston Texas case related # 4:18-cv-01980  Christopher Fagbolu never responded to The subpoena, but renew the domain in February of  year 2019 , Jul 14,2022 i file another lawsuit again web.com and Christopher Fagbolu, in florida middle district court I contacted web.com many time about Christopher Fagbolu,and put in several complaints also to the U.S. civil rights justice department about their cyber of name and identity theft and economic abuse ,stacking and extortion and how they abused the Justice system. I also made them aware of Christopher Fagbolu's lack of responses to the court. But Christopher Fagbolu consistently renews the Ec2 or domain year after year, but then I see the conference of interest, and conspiracy between the two of  them and web.com still provide service to Christopher Fagbolu you're in conspiracy with them. In 2019 after the case scheme to be dismissed  Perfect privacy , LLC started practicing a different

policy by hiding the ICANN look up so you can't see the owner of the domain and their information be exposed to the public (Example of financial abuse, economical abuse ) in case related case # 3:23-cv-00393 U.S. District Court Oregon Adeyinka vs.driver and also case# related Adeyinka vs. KC Car Inc , and case # Adeyinka vs. empire towing transports , and the parts it played in this case , ( "where are they getting into this mind set" ). I went through many jobs throughout the year. My entire state refund 2023 went into the courts just so happen for tickets that were supposed to be automatic dismissal form worldwide petitioner and governor or state representative,but Now I'm having to argue in court just to receive my money or to get my money back .

# Conclusion

Case related  AF-0348a ;AF-348b The estate of Tupac Shakur v. R. J. Barranco of Dallas Texas District Court  In this case the mentally distraction and amendment  violation of 1, 2 ,4 , 8, and 14 amendment  and also Case related Mar -a-Lago Donald Trump show the use  their interest  in wire fraud  also case related (why even show your awareness or concern cases related U.s. District Oregon  3:22-cv-0905 related cases  1:22-cv-23753 United States district court southern of florida miami division also partake in a event like these improvising more upon the cost and damage in a event of these nature I ask for of the court to grant upon there disbelief and their partaking 5 to 9 billion dollar in restitution and penalties, for a silence lack of concern cases related 3:23-cv-00393 U.S. District court of oregon   Adeyinka vs.driver and also case# related  Adeyinka vs.  KC Car Inc ,  show  the related  issue, In my report at u.s civil right  DOJ  record 283183 -WJT  particular  role in these ongoing  issue it  seem to be private citizens and federal employees  however tried to  inherit the issue and the evidence to a admissible cause and my  voting rights , for  Example  Trump indictment unseal : former  president accused of violating election laws , show a response in my case related Adeyinka vs.KC Cars Inc is just an example of them trying to inherit the evidence.

Emmanuel Adeyinka

Po.box 8131

Portland OR 97207

daysnews94@gmail.com